

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2019

No. 04-19-00499-CV

Arnold **LAMOTTE**, Jr., Brittany Retledge,
Appellant

v.

Michael **KLEIN**, Stephanie Guerrero, Michael E. Mery,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-03068
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Appellants' brief was due to be filed by October 3, 2019. Neither the brief nor a motion for extension of time has been filed. Appellants are therefore ORDERED to file, within fifteen (15) days of the date of this order, their brief and a written response reasonably explaining: (1) their failure to timely file a brief, and (2) why appellees are not significantly injured by appellants' failure to timely file a brief. If appellants fail to timely file a brief and the written response, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if an appellant fails to comply with a court order).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk